UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYHESSIA MCMILLAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>TATE & KIRLIN ASSOCIATES, INC.,<br><br>         Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>20-CV-777 (LDH) (RML) |

L&#x2090;SHANN D&#x2091;ARCY HALL, United States District Judge:

  On December 1, 2020, Magistrate Judge Robert Levy issued a Report and Recommendation recommending that this Court grant Plaintiff's motion for default judgment and award Plaintiff $500 in statutory damages, $3,611 in attorney's fees, and $465 in costs. The parties were given until December 15, 2020, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Levy's Report and Recommendation in its entirety as the opinion of the Court. Accordingly, Plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded a total of $4,576, representing $500 in statutory damages, $3,611 in attorney's fees, and $465 in costs.

                SO ORDERED:

Dated: Brooklyn, New York      /s/ LDH
   December 22, 2020        L&#x2090;SHANN D&#x2091;ARCY HALL
                United States District Judge