UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TYHESSIA MCMILLAN, individually and on behalf
of all others similarly situated,   JUDGMENT
   20-CV-777 (LDH) (RML)

      Plaintiff,
  v.

TATE & KIRLIN ASSOCIATES, INC.,

      Defendant.
------------------------------------------------------------------X

      An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on December 22, 2020, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated December 1, 2020, granting Plaintiff's motion for default judgment and awarding Plaintiff $500 in statutory damages, $3,611 in attorney's fees, and $465 in costs; it is

      ORDERED and ADJUDGED that Plaintiffs' motion for default judgement is granted; and that Plaintiff is awarded a total amount of $4,576.

Dated: Brooklyn, New York                        Douglas C. Palmer
       December 23, 2020                          Clerk of Court

                                                    By:    */s/Jalitza Poveda*
                                                               Deputy Clerk